AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 2005 Toyota Sienna,
and all attachments thereto,

**SEIZURE WARRANT**

CASE NUMBER:

**07-251-M-01**

TO: __Jan Kostka, USPIS__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Postal Inspector Jan Kostka__ who has reason to believe that in the State of Maryland, but within the jurisdiction of this Court, there is now certain property which is subject to forfeiture to the United States, namely

    One 2005 Toyota Sienna,
    and all attachments thereto,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 29 2007

Date and Time Issued    **ALAN KAY**
         U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>May 29, 2007 | DATE AND TIME WARRANT EXECUTED<br>June 1, 2007 6:10 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF  JAN KOSTKA |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>SEE ATTACHMENT<br><br>**FILED**<br>JUN 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |||

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   06/11/07
U.S. Judge or U.S. Magistrate Judge   Date

# UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from
__11103 Knights Court Germantown, MD 20876__
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)
on __6/1/07__ at __6:30__ (AM)/PM as a result of a search warrant issued by the
U.S. District Court, __District of the__ District of __Columbia__
Case No. __0598-1647040-MF-(1)__:

ITEM # __A01294853__
Primary Location : Driveway of Knights Court Residence
Specific Location : 
Description : 2005 Toyota Sienna Silver Minivan MD Tag          VIN#

ITEM # __A00768808__
Primary Location : Toyota Sienna Minivan
Specific Location :
Description : Nokia cell phone: Tracphone (Blue)

ITEM # __A00768814__
Primary Location : Toyota Sienna Minivan
Specific Location : Glove box
Description : MVA registration, maintenance + repair tickets, insurance cards

ITEM # __A01294742__
Primary Location : Toyota Sienna Minivan
Specific Location :
Description : Silver in color, 3 layer ring with "X" on face & clear stones

ITEM # 
Primary Location :
Specific Location :
Description :

ITEM #
Primary Location :
Specific Location :
Description :

ITEM #
Primary Location :
Specific Location :
Description :

ITEM #
Primary Location :
Specific Location :
Description :

Page __1__ of __1__

__J. Mehall__
PREPARER'S NAME

DISTRIBUTION:   WHITE-U.S. DISTRICT COURT   YELLOW-INSPECTOR   PINK-RECIPIENT